# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| RONNIE CLARK, | ) |
| Plaintiff, | ) |
| | ) **Case No. 1:10-CV-00075 JTK** |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner, | ) |
| Social Security Administration | ) |
| Defendant. | ) |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 27th day of February, 2012.

_____
United States Magistrate Judge

1